UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Genevieve M. Teves, | § | CASE NO. 5:23-cv-00242 |
| Plaintiff, | § | |
| | § | |
| v. | § | NOTICE OF INTENT TO SETTLE |
| | § | BETWEEN PLAINTIFF AND EQUIFAX |
| | § | INFORMATION SERVICES, LLC |
| | § | |
| Equifax Information Services, LLC; and | § | |
| DOES 1 through 100 inclusive, | § | |
| Defendants. | § | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Genevieve M. Teves and Defendant Equifax Information Services, LLC, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Equifax Information Services, LLC within 90 days once the settlement is finalized.

SCHUMACHER LANE PLLC

Dated: May 11, 2023      By:   */s/ Kyle Schumacher*
Kyle Schumacher
kyle@schumacherlane.com
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Plaintiff